Exhibit A to the Complaint

Location: Nassau, NY  
Total Works Infringed: 26

IP Address: 74.76.13.193  
ISP:  Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 11/13/2018 18:40:51 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 08/01/2017 10:18:19 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 07/26/2018 10:30:07 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 4 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 06/27/2017 02:15:42 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 5 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 01/12/2018 11:03:34 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 6 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/01/2017 10:16:04 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 7 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 01/12/2018 11:00:47 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 8 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 10/14/2018 15:41:47 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 9 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 01/12/2018 11:01:47 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 10 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 10/05/2017 10:50:14 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 11 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 01/12/2018 10:59:30 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 12 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 01/12/2018 11:02:05 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 13 | 5256B65E523BCBE18B3BA99EFB719D22C52EAE24 | Vixen | 07/31/2018 10:32:08 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 14 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 07/26/2018 10:39:01 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 15 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/27/2017 02:10:37 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 16 | 8AEA27202C47B378BF48659CC2938DB8691054EF | Tushy | 07/26/2018 10:27:51 | 07/25/2018 | 09/05/2018 | PA0002134601 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 06/27/2017 02:11:15 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 18 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 07/26/2018 10:47:28 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 19 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/27/2017 02:13:07 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 20 | B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA | Tushy | 01/12/2018 11:00:01 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 21 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 01/12/2018 11:02:44 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 22 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 01/12/2018 11:03:01 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 23 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/05/2017 10:50:09 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 24 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 01/12/2018 11:02:44 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 25 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/01/2017 10:16:41 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 26 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/27/2017 02:11:05 | 06/20/2017 | 07/07/2017 | PA0002070816 |