UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 74.76.13.193,<br><br>               Defendant. | Civil Action No. 1:18-cv-01485-TJM-DEP |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 74.76.13.193 ("Defendant"), through Defendant's counsel, Leslie Farber, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  February 12, 2019                                    Respectfully submitted,

IT IS SO ORDERED:

_[signature]_
David E. Peebles
U.S. Magistrate Judge

Dated:  2/13/2019
_____

By:    /s/ *Jacqueline M. James*__
       Jacqueline M. James, Esq. (#1845)
       The James Law Firm, PLLC
       445 Hamilton Avenue, Suite 1102
       White Plains, New York 10601
       T: 914-358-6423
       F: 914-358-6424
       E-mail: jjames@jacquelinejameslaw.com
       *Attorneys for Plaintiff*

1